**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-1519**

COWIN & COMPANY, INCORPORATED,

Petitioner,

versus

JAMES CABE, Deceased; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(99-561-BLA, 97-1806-BLA, 95-1328-BLA, 92-2176-BLA)

Submitted: October 31, 2000      Decided: November 16, 2000

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William H. Howe, Mary Lou Smith, HOWE, ANDERSON & STEYER, P.C.,
Washington, D.C., for Petitioner.  Henry L. Solano, Solicitor of
Labor, Donald S. Shire, Associate Solicitor for Black Lung Bene-
fits, Patricia M. Nece, Rita A. Roppolo, UNITED STATES DEPARTMENT
OF LABOR, Washington, D.C., for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cowin & Company, Incorporated seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm substantially on the reasoning of the Board. See Cowin & Co., Inc. v. Cabe, Nos. 99-561-BLA; 97-1806-BLA; 95-1328-BLA; 92-2176-BLA (B.R.B. Mar. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2